IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOPHIA COY HERNANDEZ § | |
| § | |
| V. § | CIVIL ACTION NO. 5:15-cv-00195 |
| § | |
| CON-WAY TRUCKLOAD, INC., and § | |
| CON-WAY FRIEGHT, INC. JOHN DOE § | |

### DEFENDANT, CON-WAY TRUCKLOAD, INC. and CON-WAY FREIGHT, INC'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendant, **CON-WAY TRUCKLOAD, INC. and CON-WAY FREIGHT, INC**, hereby removes this action to the United States District Court for the Western District of Texas from the 438th Judicial District Court of Bexar County, Texas, stating as follows:

1.  Plaintiff, Sophia Coy Hernandez, commenced this action in the 438th Judicial District Court of Bexar County, Texas, where it was given Cause No. 2015-CI-02443. This action is between citizens of different states. Plaintiff is a resident of Texas. Defendant Con-Way Truckload, Inc. and Con-Way Freight, Inc. is a Missouri Corporation. Further, Plaintiff claims damages for "severe and permanent" personal injury and is seeking damages for the following:

    1. Medical past and future.

    2. Pain and suffering past and future.

    3. Mental anguish past and future.

    4. Physical impairment past and future; and

    5. Loss of earnings capacity past and future.

Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2.  Defendant, Con-Way Truckload, Inc. and Con-Way Freight, Inc. received the summons and complaint on February 19, 2015, so this removal is timely under 28 U.S.C. § 1446(b).

3.  A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

4.  Defendant has provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 438th Judicial District Court of Bexar County, Texas.

5.  Defendant Con-Way Truckload, Inc. and Con-Way Freight, Inc. consents to the removal.

Dated:  March ___, 2015

                                    Respectfully submitted,

                                    _____
                                    LARRY D. WARREN
                                    State Bar No. 20888450
                                    ATTORNEYS FOR DEFENDANT
                                    CON-WAY TRUCKLOAD, INC. and
                                    CON-WAY FREIGHT, INC.

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

{03246205.DOC / }
97303-54

2

## CERTIFICATE OF SERVICE

I hereby certify that on the ___16th___ day of March 2015, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel:

Jason J. Thompson
SBN 00791791
THE THOMPSON LAW FIRM
10107 McAlister Freeway
San Antonio, Texas 78216
Telephone: (210) 410-4077
Facsimile: (210) 410-4077
Jason@JJThompsonLaw.com

And

Grant T. McFarland
SBN: 13598200
McFARLAND LAW LLC
725 Evans Ave
San Antonio, Texas 78209
Telephone: (210) 859-1956
Facsimile: (855) 410-4077
Grantmcfarland1@gmail.com

**ATTORNEYS FOR PLAINTIFF**

_____
LARRY D. WARREN

{03246205.DOC / }
97303-54