UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 2 6 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| SOPHIA COY HERNANDEZ )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CON-WAY TRUCKLOAD, INC., et. al. )<br>)<br>Defendants ) | CIVIL NO. SA-15-CA-195-OG |

## ORDER

The Court has been notified that the parties have settled all claims between them and settlement papers are being finalized. The case may be administratively closed at this time. If necessary, the case may be re-opened upon the filing of a motion by any party. The parties are still expected to submit their final dismissal papers as previously ordered.

**SIGNED AND ENTERED** this 26 day of January, 2016.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE