**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **SOFIA COY HERNANDEZ** | § | |
| | § | |
| **VS.** | § | **NO. SA:15-CV-00195-OLG** |
| | § | |
| **CON-WAY TRUCKLOAD, INC.,** | § | |
| **CON-WAY FREIGHT, INC., and** | § | |
| **KENNON McDORMAN** | § | |

## JOINT AGREED MOTION TO DISMISS WITH PREJUDICE

On this day came Plaintiff, Sofia Coy Hernandez, and Defendants, Con-Way Truckload, Inc. and Con-Way Freight, Inc. by and through their respective counsel of record, and file this Joint Agreed Motion to Dismiss with Prejudice and show unto the Court as follows:

1.

Plaintiffs no longer desire to prosecute her claims and causes of action in the above entitled and numbered cause against Defendants and the parties jointly move the Court to dismiss with prejudice all claims and causes of action of Plaintiffs, Sofia Coy Hernandez against Defendants, Con-Way Truckload, Inc. and Con-Way Freight, Inc. herein, thus disposing of all remaining claims and causes of action pending between all parties in this matter.

WHEREFORE, Sofia Coy Hernandez and Defendants, Con-Way Truckload, Inc. and Con-Way Freight, Inc. herein, move the Court to enter an Agreed Order of Dismissal with Prejudice dismissing all claims and causes of action of said Plaintiffs against said Defendants, thus making the disposition of this case final.

Respectfully submitted,


/s/ Jason J. Thompson
Mr. Jason J. Thompson
State Bar No. 00791791
THE THOMPSON LAW FIRM
10107 McAllister Freeway
San Antonio, Texas  78216
Telephone: (210) 410-4077
Facsimile: (210) 410-4077
Jason@JJThompsonLaw.com

and

Grant T. McFarland
SBN: 13598200
McFARLAND LAW LLC
725 Evans Ave
San Antonio, Texas 78209
Telephone: (210) 859-1956
Facsimile: (855) 410-4077
Grantmcfarland1@gmail.com

**ATTORNEYS FOR PLAINTIFF**




/s/ Larry D. Warren
LARRY D. WARREN
WD No. 13994
State Bar No. 20888450
ATTORNEY-IN-CHARGE
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950:
lwarren@namanhowell.com
**ATTORNEYS FOR DEFENDANTS**