FILED

FEB 0 5 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOFIA COY HERNANDEZ | § |
| VS. | § NO. SA: 15-CV-00195-OLG |
| CON-WAY TRUCKLOAD, INC., CON-WAY FREIGHT, INC., and KENNON McDORMAN | § |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Agreed Motion for Dismissal with Prejudice filed by all parties herein. The Court, having considered said Joint Agreed Motion for Dismissal with Prejudice, finds that all claims and causes of action herein of Plaintiff, Sofia Coy Hernandez against Defendants Con-Way Truckload, Inc. and Con-Way Freight, Inc., should be dismissed with prejudice. Accordingly, it is ORDERED that all claims and causes of action of Plaintiff, Sofia Coy Hernandez, against Defendants Con-Way Truckload, Inc. and Con-Way Freight, Inc., are DISMISSED WITH PREJUDICE.

The Court further finds that this Agreed Order of Dismissal with Prejudice, disposes of all claims and causes of action of Plaintiff, Sofia Coy Hernandez against Defendants, Con-Way Truckload, Inc. and Con-Way Freight, Inc. herein and that this cause in its entirety has now been dismissed with prejudice and that this is a final Order of Dismissal in this cause.

Signed on this ___5___ day of ___Feb___, 2015.

_____
United States District Judge

AGREED AND APPROVED:

---

Mr. Jason J. Thompson
State Bar No. 00791791
THE THOMPSON LAW FIRM
10107 McAllister Freeway
San Antonio, Texas 78216
Telephone: (210) 410-4077
Facsimile: (210) 410-4077
Jason@JJThompsonLaw.com

and

Grant T. McFarland
SBN: 13598200
McFARLAND LAW LLC
725 Evans Ave
San Antonio, Texas 78209
Telephone: (210) 859-1956
Facsimile: (855) 410-4077
Grantmcfarland1@gmail.com

**ATTORNEYS FOR PLAINTIFF**

---

LARRY D. WARREN
WD No. 13994
State Bar No. 20888450
ATTORNEY-IN-CHARGE
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950:
lwarren@namanhowell.com
**ATTORNEYS FOR DEFENDANTS
CON-WAY TRUCKLOAD, INC.
CON-WAY FREIGHT, INC.**